IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00257-DGK-1 |
| | ) | |
| STEVEN M. EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On May 20, 2021, the Honorable Lajuana M. Counts, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation, ECF No. 53, recommending this Court enter an order "finding governmental interests are at stake in bringing defendant Evans to trial so that the parties may proceed with a *Sell* hearing to determine whether the defendant should be involuntarily medicated in an attempt to restore competency." R&R 8.

Defendant renews his objections to the Magistrate's finding that important governmental interests are at stake in bringing him to trial. Defendant is charged with eight counts, including possessing a stolen firearm, possessing a firearm while under Court order, possessing a firearm by an unlawful user or person addicted to a controlled substance, and possessing a controlled substance. Indictment, ECF No. 1. Consistent with the Magistrate's finding, after an independent review of the record, this Court concludes there are important governmental interests in restoring Defendant's competency.

The Court adopts the Report and Recommendation and orders the parties to proceed with a hearing pursuant to *Sell v. United States*, 239 U.S. 166 (2003), to determine whether Defendant should be involuntarily medicated to restore competency.

**IT IS SO ORDERED.**

Date: June 24, 2021         /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT