IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19-CR-00257-01-DGK |
| | ) | |
| STEVEN M. EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On February 13, 2020, this Court adopted the report and recommendation from the Honorable Magistrate Judge Lajuana M. Counts that Defendant was incompetent to stand trial. ECF No. 29. On June 24, 2021, the Court also adopted Judge Counts' report and recommendation that a *Sell* hearing should be held to determine whether Defendant should be involuntarily medicated to restore his competency. ECF No. 57. Before a *Sell* hearing could be scheduled, Defendant was involuntarily medicated in accordance with *Washington v. Harper*, 494 U.S. 210 (1990). On June 1, 2022, Judge Counts held a renewed competency hearing. ECF No. 79.

Now before the Court is the Judge Counts' report and recommendation that Defendant is now competent to stand trial. ECF No. 80. After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.

Date: August 9, 2022 /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT